1 Michael W. Malter, Esq. ID #96533
Julie H. Rome-Banks, Esq. ID #142364
2 David B. Rao, Esq., ID #103147
Binder & Malter, LLP
3 2775 Park Avenue
Santa Clara, CA 95050
4 (408) 295-1700

5 Attorney for Movant,
6801 Leisure Town Road Apartments Investors
6 and its Successor in interest, MG Properties Group

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DISTRICT**

| | |
|---|---|
| In re | Case No. 18-25631-CMK |
| Sheryl Ann Calalang, | Chapter 13 |
| | Date: October 2, 2018 |
| Debtor. | Time: 1:30 PM |
| | Room: 28 |
| | RS No. MWM-317 |

**PROOF OF SERVICE BY MAIL**

I declare that:

I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050. On October 2, 2018, I served the following:

ORDER FOR RELIEF FROM AUTOMATIC STAY

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at Santa Clara, California addressed as follows:

PROOF OF SERVICE BY MAIL -     Page 1

| | |
|---|---|
| **U.S. TRUSTEE:**<br>Office of the US Trustee<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 | **CHAPTER 13 TRUSTEE:**<br>Jan P. Johnson<br>PO Box 1708<br>Sacramento, CA 95812 |

**DEBTOR, IN PRO PER:**
Sheryl Ann Calalang
6801 Leisure Town Road, Unit 113
Vacaville, CA 95688

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Clara, California on October 2, 2018.

       /s/ Trang Do
       Trang Do

PROOF OF SERVICE BY MAIL -      Page 2